# HACH ROSE SCHIRRIPA & CHEVERIE LLP
ATTORNEYS AT LAW

December 11, 2012

**Via ECF**

Hon. Dora L. Irizarry
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Laborers' International Union of North America Local 35 Health Care Fund v. Astrazeneca LP,* No. 12-cv-5381-DLI-RML

Dear Judge Irizarry:

    My firm, Hach Rose Schirripa & Cheverie, LLP, along with co-counsel, represent the Laborers' International Union of North America Local 35 Health Care Fund in the above-referenced action. We write to inform the Court of the Judicial Panel on Multidistrict Litigation's ("JPML") recent decision to transfer and consolidate several related actions to the District of Massachusetts. On December 6, 2012, pursuant to 28 U.S.C. §1407, on a motion to the JPML, six similar actions filed in three other district courts were transferred to the District of Massachusetts, and with the consent of that court, assigned to the Honorable William G. Young for coordinated or consolidated pre-trial proceedings with the action pending there.

    Yesterday we filed a Notice of Tag-Along action with the JPML seeking to have to above-referenced action transferred under Section 1407 and consolidated with the other actions in *In Re: Nexium (Esomeprazole) Antitrust Litigation*, MDL. No. 2409 (D. Mass.). A true and correct copy of the Notice of Tag-Along and related exhibits are annexed hereto.

    Today, the JPML issued a Conditional Transfer Order (CTO-1) transferring the above-referenced action to the District of Massachusetts. A true and correct copy of CTO-1 is also annexed hereto.

    Please contact me if you should require any additional information.

    Thank you.

Respectfully,

Frank R. Schirripa

cc:    All Counsel of Record (*via* ECF)